JERRY PERSKY
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 410
Los Angeles, California 90036
Telephone No.  (323) 938-4000
Facsimile No.    (323) 938-4068
E-mail address: jpersky48@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE VILLA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICHAEL J. ASTRUE ,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>                    Defendant. | NO.  CV 09-3983 VBK<br><br>ORDER AWARDING EAJA<br>ATTORNEY FEES |

The Court having received a Stipulation for an Award of Attorney Fees under the Equal Access to Justice Act (EAJA) in the amount of three thousand seven hundred dollars and no cents ($3,700.00),

IT IS HEREBY ORDERED that plaintiff's counsel, as plaintiff's assignee, be awarded EAJA fees in the amount stipulated.

DATED:   March 23, 2010                                          /s

                                        UNITED STATES MAGISTRATE JUDGE

1